# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cv227

| | |
|---|---|
| **RINEHART RACING, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER SEALING** |
| ) | **COMPLAINT** |
| **LEMANS CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Seal Complaint. Review of the Complaint reveals that it may contain trade secrets or business strategies that, if disclosed to interested third parties, could provide an undue and unfair advantage in what is a competitive marketplace, performance motorsports parts. Finding that good cause exists for sealing the Complaint and that this action has otherwise been resolved in accordance with Rule 41, Federal Rules of Civil Procedure, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Seal Complaint (#4) is **GRANTED,** and the Complaint in this matter is **SEALED** and shall remained sealed after such case is closed pursuant to Local Rule 5(D)(4). Any third party seeking access to such sealed pleading shall comply with Local Rule 5(D)(5) and further provide a copy of such request to counsel for plaintiff.

**Signed: August 23, 2005**

Dennis L. Howell
United States Magistrate Judge